IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 610-007 |
| | * | |
| GABRIEL FLOREZ | * | |

O R D E R

Before the Court in the captioned case is Defendant Gabriel Florez's motion for early termination of supervised release. Defendant is currently supervised by the United States Probation Office in the Northern District of Texas and has been compliant with all conditions of supervision. Defendant has served nearly six years of his ten-year term. Neither the Probation Office nor the United States Attorney's Office opposes early termination.

Therefore, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of Defendant Florez's term of supervised release (doc. 248) is **GRANTED**. Defendant Gabriel Florez is hereby discharged from supervised release upon entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of November, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA